**ELSTON–RICHARDS STORAGE CO., Appellant,**

v.

**INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Appellee.**

**No. 14235.**

United States Court of Appeals
Sixth Circuit.

June 27, 1961.

Laurence D. Smith, of Schmidt, Smith, Howlett & Halliday, Grand Rapids, Mich., for appellant.

William D. Buchanan, Cholette, Perkins & Buchanan, Grand Rapids, Mich. (Edward D. Wells, Grand Rapids, Mich., of counsel), for appellee.

Before MILLER, Chief Judge, CECIL, Circuit Judge, and BOYD, District Judge.

ORDER.

This cause having been heard and considered upon the record, briefs of counsel and the oral arguments, and the Court being duly advised;

It is ordered, adjudged and decreed that the judgment of the District Court herein be and the same is hereby affirmed on the opinion of Judge Starr, reported in 194 F.Supp. 673.